IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mario Trollinger, | Case No. 3:17 CV 243 |
| Petitioner, | TRANSFER ORDER |
| -vs- | JUDGE JAMES G. CARR |
| John Coleman, | |
| Respondent. | |

*Pro se* Petitioner Mario Trollinger, a state prisoner incarcerated in the Toledo Correctional Institution, (TCI), filed this action requesting a writ of *habeas corpus* pursuant to 28 U.S.C. §2254. He challenges a conviction entered by the Hamilton County Court of Common Pleas, which is located within the Southern District of Ohio. TCI is located in the Northern District of Ohio.

Pursuant to 28 U.S.C. §2241(d), both of these federal judicial districts have concurrent jurisdiction over this action, and this Court has discretion to transfer this action to the Southern District of Ohio.

Federal courts in Ohio traditionally have found it appropriate for habeas petitioners to be heard in the district where the judgment of conviction was entered. *See, e.g.*, Southern District Local Rule 82.1(f) ("A habeas corpus action shall be filed at the location of Court that serves the county in which the state-court judgment that is the subject of the habeas petition was filed.") Because this case is more appropriately pursued in the Southern District of Ohio, this case is transferred to that Court.

IT IS SO ORDERED.

/s/ James G. Carr
Sr. U.S. District Judge